The Douglass Axe Manufacturing Company, Respondent,
v. William H. Weed et al., Appellants.

*F. R. Sherman* for the appellants.

Judgment reversed by default and new trial granted, costs
to abide event.